# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Juan Garcia Moza,

Petitioner,

v.

Todd M. Lyons, et al.,

Respondents.

No.   CV-26-05328-PHX-AMM

**ORDER**

Petitioner Juan Garcia Moza filed this action under 28 U.S.C. § 2241 challenging his immigration detention on grounds that his detention and arrest violated the Fourth Amendment, the Administrative Procedure Act, the settlement agreement in *Castanon Nava v. Department of Homeland Security*, and the Fifth Amendment's Due Process Clause. (Doc. 1.) Petitioner sought an order requiring Respondents to release him. (*Id.*) Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) In their Response, Respondents state that "[t]he Government does not oppose a bond hearing." (Doc. 7 (citing *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026).)

Respondents do not address Petitioner's arguments or his request for release. (*Id.*) Accordingly, they have waived any defense to Petitioner's argument that he is constitutionally entitled to release. *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI, 2025 WL 3527111, at *1 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such

challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, No. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting the petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims"); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("[Plaintiff] abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment."). The Petition will therefore be granted, and the Court will order Petitioner's release from custody.

**IT IS ORDERED:**

1.  Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.)

2.  Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

3.  Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

4.  Any pending motions are **DENIED AS MOOT**.

5.  The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of August, 2026.

_____
Honorable Angela M. Martinez
United States District Judge

- 2 -